THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
HENRY JEFFREY, Respondent.

*People* v. *Jeffrey,* 181 App. Div. 966, appeal dismissed.
(Argued April 11, 1919; decided · April 29, 1919.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department,
entered December 5, 1917 which reversed a judgment
of the Jefferson County Court rendered upon a verdict
convicting the defendant of the crime of grand larceny
in the second degree and granted a new trial upon the
ground that the verdict of the jury was against the weight
of evidence.

*Jerome B. Cooper, District Attorney,* for appellant.
*J. F. La Rue* and *Delos M. Cosgrove* for respondent.

Appeal dismissed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
POUND and McLAUGHLIN, JJ.    Not voting: ANDREWS, J.